LAW OFFICES OF BASTIAN & DINI
ROBERT L. BASTIAN, JR. [SBN 170121]
MARINA R. DINI [SBN 169176]
9025 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211
Phone:  (310) 789-1955
Fax:      (310) 822-1989
Email:   robbastian@aol.com;
             miadini@aol.com

Attorneys for plaintiff
ROBERT W. HIRSH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. HIRSH,<br><br>plaintiff,<br><br>*vs*.<br><br>CALIFORNIA COMMERCE CLUB, INC., *et al.*,<br><br>defendants. | No. 2:22-cv-05701-MCS-AS<br><br>**PLAINTIFF'S NOTICE OF LODGING OF USB DRIVE CONTAINING PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS] IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION BY DEFENDANTS CALIFORNIA COMMERCE CLUB, INC., AND SHALIN HALL**<br><br>*[Filed Concurrently with Opposition to Motion for Summary Adjudication and Statement of Genuine Disputes of Material Fact]*<br><br>Hearing Date:   July 10, 2023<br>Time:                  9:00 a.m.<br>Ctrm:                  7C<br><br>*Before the Honorable Mark C. Scarsi* |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Robert W. Hirsh is lodging with the

-1-

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**

Court a USB drive containing Plaintiff's **Exhibit A**, Casino Videos 1 through 31 [designated as Exhibit A-1, A-2 . . . A-31] which contains:

1. **Exhibit A-1**

[Lot 6 1082_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa086e30_ 2022-01-21_17-01-07(1)]

2. **Exhibit A-2**

[South Entrance 270_iv---10.5.6.69_2022-01-21_17-18-55(1)]

3. **Exhibit A-3**

[South Entrance 18_urn-uuid-00075f74-9ef6-f69e-745f-0090aa08496e_ 2022-01-21_ 17-19-03(1)]

4. **Exhibit A-4**

[Stud PTZ 61_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa077a28_ 2022-01-21_ 17-20-53(1)]

5. **Exhibit A-5**

[STUD PTZ 64_iv---10.5.8.79_2022-01-21_17-22-38(1)]

6. **Exhibit A-6**

[Top PTZ 68_iv---10.5.8.88_2022-01-21_17-24-52(1)]

7. **Exhibit A-7**

[T41662_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07d734_ 2022-01-21_17-24-52(1)]

8. **Exhibit A-8**

[Top PTZ 68_iv---10.5.8.88_2022-01-21_17-46-17(1)]

9. **Exhibit A-9**

[Title missing – likely accidentally deleted]

10. **Exhibit A-10**

[T41 662_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07d734_

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**

2022-01-21_17-38-06(1)]

11. **Exhibit A-11**

[Top PTZ 68_iv---10.5.8.88_2022-01-21_18-37-10(1)]

12. **Exhibit A-12**

[T40   661_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07d5d1_ 2022-01-21_18-12-43(1)]

13. **Exhibit A-13**

[T40   661_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07d5d1_ 2022-01-21_18-45-27(1)]

14, **Exhibit A-14**

[Top PTZ 68_iv---10.5.8.88_2022-01-21_19-28-01(1)]

15. **Exhibit A-15**

[13 Top PTZ 68_iv---10.5.8.88_2022-01-21_19-32-28(1)]

16. **Exhibit A-16**

[Casino Services ATM OV 817_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa085f3d_ 022-01-21_19-32-48(1)]

17. **Exhibit A-17**

[HOLD'em PTZ 75_iv---10.5.8.64_2022-01-21_19-34-56(1)]

18. **Exhibit A-18**

[Casino Services ATM OV  817_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa085f3d_ 2022-01-21_19-37-28(1)]

19. **Exhibit A-19**

[Security Office (A) 286_uuid-dc6b2292-9afe-481e-bd89-1d0f6c6ce8cb_2022-01-21_19-37-50(1)]

20. **Exhibit A-20**

[18  Commerce  Cafe  OV  385_urn-uuid-0b6b62ea-b49a-49dc-906a-

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**

0090aa085e2a_2022-01-21_19-38-28(1)]

21. **Exhibit A-21** [the County defendants' Exhibit 6J]

[Casino Services 816_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07e0d6_2022-01-21_19-38-40(1)]

22. **Exhibit A-22**

[EDR Ramp 362_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa085efa_2022-01-21_19-50-42(1)]

23. **Exhibit A-23**

[The title under which this video was produced is lost.]

24. **Exhibit A-24**

[EDR Ramp 362_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa085efa_2022-01-21_19-56-50(1)]

25. **Exhibit A-25**

[Hold'em SEC PTZ 3_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa07c169_2022-01-21_19-56-58(1)]

26. **Exhibit A-26**

[Commerce Cafe OV 225_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa086223_2022-01-21_19-58-00(1)]

27. **Exhibit A-27**

[West Entry 38_iv---10.5.6.68_2022-01-21_19-58-07(1)]

28. **Exhibit A-28**

[West Exit 435_iv---10.5.6.71_2022-01-21_19-58-09(1)]

29. **Exhibit A-29**

[West Entry Drive 83_urn-uuid-0b6b62ea-b49a-49dc-906a-0090aa085da8_2022-01-21_19-58-15(1)]

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**

30. **Exhibit A-30**

[Lot 6 SEC PTZ 10_iv---10.5.7.113_2022-01-21_19-58-40(1)]

31. **Exhibit A-31**

[Lot 6 SEC PTZ 10_iv---10.5.7.113_2022-01-21_20-25-13(1)]

DATED: June 16, 2023                          LAW OFFICES OF
                                              BASTIAN & DINI

*Robert L. Bastian, Jr.*
ROBERT L. BASTIAN, JR.
MARINA R. DINI
Attorneys for Plaintiff
ROBERT W. HIRSH

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2023, I caused to be served electronically **PLAINTIFF'S NOTICE OF LODGING OF USB DRIVE CONTAINING PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS] IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION BY CALIFORNIA COMMERCE CLUB, INC., AND SHALIN HALL** on the following person(s):

| | |
|---|---|
| Michael J. Ryan, Esq.<br>Ani Khachatryan, Esq.<br>STEARNS & RYAN, Lawyers<br>11777 San Vicente Blvd., Suite 555<br>Los Angeles, CA  90049<br>Attorneys for Defendants California<br>Commerce Club, Inc. and Shalin Hall | mryan@sksrlawyers.com<br>akhachatryan@skssrlawyers.com |
| Rickey Ivie, Esq.<br>Marina Samson, Esq.<br>Ayang Inyang, Esq.<br>IVIE McNEILL WYATT PURCELL & DIGGS<br>444 S. Flower Street, Suite 1800<br>Los Angeles, California 90071<br>Attorneys for Defendants County of<br>Los Angeles and LASD Deputies<br>David Magdaleno and George Bermudez | rivie@imwlaw.com<br>msamson@imwlaw.com<br>ainyang@imwlaw.com |

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user: Not applicable.

/s/ *Robert L. Bastian, Jr.*
ROBERT L. BASTIAN JR.

END OF DOCUMENT

**NOTICE OF LODGING USB DRIVE WITH PLAINTIFF'S EXHIBIT A [31 CASINO VIDEOS]**