JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. HIRSH,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CALIFORNIA COMMERCE CLUB, INC., dba COMMERCE CASINO & HOTEL; SHALIN HALL; COUNTY OF LOS ANGELES; LASD DEPUTY DAVID MAGDALENO [Badge No. 533970]; LASD DEPUTY GEORGE BERMUDEZ [Badge No. 648049]; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05701-MCS-AS<br><br>**JUDGMENT** |

1

Pursuant to the Court's summary judgment orders, it is ordered, adjudged, and decreed that judgment be entered in favor of Defendants California Commerce Club, Inc., dba Commerce Casino and Hotel; Shalin Hall; County of Los Angeles, David Magdaleno; and Jorge Bermudez, sued as George Bermudez, and against Plaintiff Robert W. Hirsh. The Complaint is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE