**FILED**

OCT 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT W. HIRSH, an individual, | No. 23-55776 |
| Plaintiff-Appellant, | D.C. No. 2:22-cv-05701-MCS-AS |
| v. | Central District of California, Los Angeles |
| CALIFORNIA COMMERCE CLUB, INC., DBA Commerce Casino and Hotel; et al., | ORDER |
| Defendants-Appellees. | |

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator